United States District Court
Southern District of Texas
**ENTERED**
June 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMIT KUMAR, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01058 |
| | § | |
| KRISTI NOEM, | § | |
| | § | |
| Respondent. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

At the time Amit Kumar filed this habeas petition to challenge his immigration detention, he was confined at the Webb County Detention Center. Doc. No. 1. All of the Court's notices have been returned to sender, with a notation that he is "No Longer Here." *See* Doc. Nos. 5, 6, 7.

To date, Petitioner has not updated his address to provide the Court with a current, valid address as required by Rule 83.4 of the Local Rules for the Southern District of Texas, Houston Division. Under that rule, a *pro se* litigant is responsible for keeping the Clerk advised in writing of his current address. The Court will only send notices to the address on file. Petitioner has clearly failed to provide the Court with an accurate, current address.

Petitioner's failure to pursue this action leads the Court to conclude that he lacks due diligence. Therefore, under the inherent powers necessarily vested in a district court to manage its own affairs, this Court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Slack v. McDaniel*, 529 U.S. 473, 489 (2000)

1 / 2

(stating that "[t]he failure to comply with an order of the court is grounds for dismissal with prejudice"); *Larson v. Scott*, 157 F.3d 1030 (5th Cir. 1998) (noting that a district court may *sua sponte* dismiss an action for failure to prosecute or to comply with any court order).

Petitioner is advised, however, that relief from this Order may be granted upon a proper showing by filing a motion under Rule 60(b) of the Federal Rules of Civil Procedure within 30 days of this Order. At a minimum, a proper showing under Rule 60(b) includes full compliance with the Court's previous notices or orders, including providing a current, valid address pursuant to the Local Rules.

Accordingly, based on the foregoing, the Court **ORDERS** as follows:

1. This case is **DISMISSED** without prejudice for want of prosecution.

2. All pending motions are **DENIED as MOOT**.

SIGNED on this _____ day of June 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

2 / 2